People v Pulley
2026 NY Slip Op 03570
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
ROBERT PULLEY, ALSO KNOWN AS ROBERT WILSON, DEFENDANT-APPELLANT. (APPEAL NO. 2.)

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
362 KA 12-01097
Present: Lindley, J.P., Curran, Ogden, Greenwood, And Delconte, JJ.

THE ABBATOY LAW FIRM, PLLC, ROCHESTER (DAVID M. ABBATOY, JR., OF COUNSEL), FOR DEFENDANT-APPELLANT.
BRIAN P. GREEN, DISTRICT ATTORNEY, ROCHESTER (AMY N. WALENDZIAK OF COUNSEL), FOR RESPONDENT.

Appeal from a judgment of the Monroe County Court (James J. Piampiano, J.), rendered December 8, 2011. The judgment convicted defendant upon his plea of guilty of criminal possession of a weapon in the second degree.
[*1]
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Pulley ([appeal No. 1] — AD3d — [June 5, 2026] [4th Dept 2026]).
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court